UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,              )
                                       )    No. CR-10-034-JLQ-1
                    Plaintiff,         )
                                       )    ORDER DENYING MOTION TO
v.                                     )    EXPEDITE AND MOTION TO
                                       )    RECONSIDER
KRISTEN HAYNES,                        )
                                       )    ☑   MOTIONS DENIED
                    Defendant.         )       **(Ct. Rec. 66, 68)**
                                       )

    The undersigned is unable to conclude sufficient additional information has been submitted to warrant a change in the previous bail ruling.  In addition, it is noted Defendant has entered a plea of guilty and, accordingly, there no longer is a presumption of innocence.

    The Motions to Expedite and to Reconsider **(Ct. Recs. 66, 68)** are **DENIED.**

    **IT IS SO ORDERED.**

    DATED September 30, 2010.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO EXPEDITE AND MOTION TO RECONSIDER - 1